UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YELITZA PICON,

                                      **Plaintiff,**                            22-CV-03437 (RA)(SN)

      -against-                                              **ORDER**

HOLSTEN JEWELERS INC.,

                                      **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' notice of settlement, the settlement conference scheduled for August 19, 2022, is ADJOURNED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                August 17, 2022