UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YELITZA PICON, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

HOLSTEN JEWELERS INC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-3437

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), YELITZA PICON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HOLSTEN JEWELERS INC., with prejudice and without fees and costs.

Dated: New York, New York
       September 13, 2022

                                                **GOTTLIEB & ASSOCIATES**

                                                */s/Michael A. LaBollita, Esq.*

                            Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                                   Fax: (212) 982-6284
                                                Michael@Gottlieb.legal

                                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge